# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225 2508
cboccuzzi@cgsh.com

THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO

FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE

DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
    RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

July 16, 2019

**BY ECF**

Honorable Loretta A. Preska
United States District Court for
  the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Various Cases – See Addendum

Dear Judge Preska:

This firm represents the Republic of Argentina (the "Republic") in the above-referenced cases. We write as part of ongoing efforts to take the steps necessary to dismiss all cases involving claims that have been settled or are otherwise ready for dismissal in order to relieve congestion of the Court's docket and achieve the orderly and expeditious disposition of cases. To facilitate this process, we respectfully request that the Court enter the enclosed order directing plaintiffs in the listed cases to inform counsel for the Republic as to whether plaintiffs continue to hold the bonds underlying their claims.

As the Court is aware, in 2016 the Republic announced a settlement proposal (the "Propuesta"). The vast majority of plaintiffs who obtained judgments against the Republic have subsequently settled their claims through the Propuesta and/or tendered their bonds into the Republic's previous exchange offers. As we have worked to reconcile resolved claims to clean up the docket, counsel for plaintiffs in numerous actions (many with judgments) have informed us about plaintiffs who have sold or otherwise disposed of their bond interests instead of delivering their bonds to the Republic. Other plaintiffs have informed the Court that they no longer hold their bond interests. *See, e.g.*, Decl. of Pablo Giancaterino ¶ 14, *Macrotecnic Int'l Corp. v. Republic of Argentina*, No. 02 Civ. 05932 (LAP) (S.D.N.Y. June 7, 2018), ECF No. 138. This Court has dismissed cases and ordered satisfaction of judgments where plaintiffs have transferred or otherwise settled their bond interests, and accordingly no longer hold claims

Hon. Loretta A. Preska, p. 2

against the Republic. *See, e.g.*, Order of Satisfaction of Judgment and Dismissal, *Ritoper v. Republic of Argentina*, No. 07 Civ. 6426 (LAP) (S.D.N.Y. July 24, 2018), ECF No. 17. Dismissal of invalid claims protects against the risk of double liability if a new holder of the bonds were to pursue claims against the Republic based on the same interests.[1]

The majority of the remaining actions pending against the Republic involve plaintiffs who have been inactive for long periods of time and may have similarly settled, sold, or otherwise transferred their bond interests. While the above-referenced cases originally involved hundreds of plaintiffs in aggregate, according to our records in most of the remaining cases there are only one or two plaintiffs per case with claims of unknown status. Because of the nature of the secondary bond market, it is "practically impossible to trace purchases and sales of a particular beneficial [bond] interest." *Brecher v. Republic of Argentina*, 806 F.3d 22, 26 (2d Cir. 2015). Therefore, the Republic would not know if a plaintiff has sold or otherwise disposed of their bond interests unless the plaintiff informed the Republic of such a transaction. Even where plaintiffs have settled with the Republic, it is not always immediately apparent whether the settled bond interests are the subject of litigation, due to varied circumstances such as transfer among family members or name changes. In 2010, under similar circumstances in which plaintiffs could resolve their claims without the Republic's knowledge, Judge Griesa entered an Order requiring plaintiffs to disclose their participation in the Republic's 2010 exchange offer. *See* Order, *Macrotecnic Int'l Corp. v. Republic of Argentina*, No. 02 Civ. 05932 (LAP) (S.D.N.Y. Oct. 20, 2010), ECF No. 120.

For these reasons, the Republic respectfully encloses a proposed order requiring plaintiffs' counsel in the remaining non-dismissed actions against the Republic to inform counsel for the Republic of the status of claims in those actions, and respectfully proposes August 19, 2019 as the deadline for plaintiffs' counsel to provide this information.

Respectfully,

Carmine D. Boccuzzi, Jr.

cc:    All Counsel of Record (via ECF)

---

[1] The Court has thus consistently ordered judgment creditors to "refrain from selling or otherwise transferring" the bonds "without advising . . . and obtaining permission" from the Court. *See* Order at 2, *Macrotecnic Int'l Corp. v. Republic of Argentina*, No. 02 Civ. 05932 (LAP) (S.D.N.Y. Apr. 30, 2010), ECF No. 108.

## Addendum

*Alzugaray, et al. v. Republic of Argentina*, 06 Civ. 3976 (LAP)
*Arrigoni, et al. v. Republic of Argentina*, 05 Civ. 2275 (LAP)
*Bechara, et al. v. Republic of Argentina*, 05 Civ. 3825 (LAP)
*Beltramo, et al. v. Republic of Argentina*, 06 Civ. 7151 (LAP)
*Bettoni, et al. v. Republic of Argentina*, 05 Civ. 4299 (LAP)
*Beyer, et al. v. Republic of Argentina*, 07 Civ. 0098 (LAP)
*Bolland, et al. v. Republic of Argentina*, 06 Civ. 3196 (LAP)
*Bonvecchi, et al. v. Republic of Argentina*, 05 Civ. 2159 (LAP)
*Botti, et al. v. Republic of Argentina*, 05 Civ. 8687 (LAP)
*Caronte Limited S.A. v. Republic of Argentina*, 06 Civ. 15316 (LAP)
*Catto, et al. v. Republic of Argentina*, 07 Civ. 0937 (LAP)
*Cilli, et al. v. Republic of Argentina*, 04 Civ. 6594 (LAP)
*Consolini, et al. v. Republic of Argentina*, 05 Civ. 0177 (LAP)
*Dolcetti, et al. v. Republic of Argentina*, 07 Civ. 2607 (LAP)
*Dussault, et al. v. Republic of Argentina*, 11 Civ. 2864 (LAP)
*Forgione, et al. v. Republic of Argentina*, 06 Civ. 15171 (LAP)
*Franceschi, et al. v. Republic of Argentina*, 03 Civ. 4693 (LAP)
*Franco, et al. v. Republic of Argentina*, 03 Civ. 9537 (LAP)
*Guibelalde, et al. v. Republic of Argentina*, 11 Civ. 4908 (LAP)
*Heeb, et al. v. Republic of Argentina*, 07 Civ. 10656 (LAP)
*Martinez, et al. v. Republic of Argentina*, 05 Civ. 2521 (LAP)
*Mazzini, et al. v. Republic of Argentina*, 03 Civ. 8120 (LAP)
*Meridian Inv. & Bus. Corp. v. Republic of Argentina*, 05 Civ. 5197 (LAP)
*Milanesi, et al. v. Republic of Argentina*, 07 Civ. 7248 (LAP)
*Million Air Corp. v. Republic of Argentina*, 04 Civ. 1048 (LAP)
*Morata, et al. v. Republic of Argentina*, 04 Civ. 3314 (LAP)
*Palladini, et al. v. Republic of Argentina*, 07 Civ. 0689 (LAP)
*Pasquali, et al. v. Republic of Argentina*, 05 Civ. 10636 (LAP)
*Prima, et al. v. Republic of Argentina*, 04 Civ. 1077 (LAP)
*Strugo v. Republic of Argentina*, 05 Civ. 4149 (LAP)
*Zylberberg Fein LLC v. Republic of Argentina*, 07 Civ. 11496 (LAP)