UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
WOLFGANG BOLLAND, et al.,

                       Plaintiffs,

         -against-

THE REPUBLIC OF ARGENTINA,

                       Defendant.
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-19

**ORDER OF SATISFACTION OF JUDGMENT**

06-CV-3196 (LAP)

WHEREAS, on April 2, 2007, the Court entered a final judgment, ECF No. 12, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of plaintiffs Wolfgang Bolland, Hartmut Peters, and Wege Zu Mozart Veranstaltungsgesellschaft M.B.H., with respect to plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "Bonds");

WHEREAS, plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

NOW, THEREFORE, full satisfaction of plaintiffs' Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

_____
United States District Judge
Dated: November 15, 2019